Tiffine E. Malamphy (CA SBN 312239)
**LYNCH CARPENTER, LLP**
117 E. Colorado Blvd., Suite 600
Pasadena, CA 91105
Tel: (213) 723-0707
Fax: (858) 313-1850
tiffine@lcllp.com

Connor P. Hayes (*pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
connorh@lcllp.com

*Attorneys for Plaintiff*
*and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

ASHLEY POPA, on behalf of her minor children, J.D. and J.D., individually and on behalf of all others similarly situated,

Plaintiff,

v.

DISNEY WORLDWIDE SERVICES, INC.; DISNEY ENTERTAINMENT OPERATIONS LLC; and THE WALT DISNEY COMPANY,

Defendants.

Case No. 2:25-cv-09390-SB (ASx)

**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**

Petitioner, Ashley Popa, on behalf of her minor children, J.D. and J.D., ("Petitioner"), respectfully submits this Petition requesting that the Court ender an order appointing her as Guardian Ad Litem for purposes of this litigation.

Petitioner submits this Petition for the Appointment of Guardian Ad Litem pursuant to the Court's October 15, 2025 Order and Local Rule 17.1.1 (*see* Minute Order and Notice of Deficiencies, Dkt No. 12). Petitioner is the "general guardian" – i.e., parent - of the Minor Plaintiffs which she seeks to represent.

Rule 17 of the Federal Rules of Civil Procedure requires a court to take proper measures to protect a minor during litigation, including appointing a guardian ad litem for a minor without a duly appointed representative. Fed. R. Civ. P. 17(c). "The decision to appoint a guardian ad litem under Rule 17(c) is normally left to the sound discretion of the trial court[.]" *Davis v. Walker*, 745 F.3d 1303, 1310 (9th Cir. 2014). 'When there is no conflict of interest, the guardian ad litem appointment is usually made on ex parte application and involves minimal exercise of discretion by the trial court." *Student A v. Berkeley Unified School District*, Case No. 17-cv-02510-MEJ, 2017 WL 2171254, at *1 (N.D. Cal. May 17, 2017); *Angel v. Marten*, No. 21-cv-07333-ODW, 2021 WL 9968353 at *1 (C.D. Cal. Nov. 24, 2021) (same). There are no special requirements for the person acting as guardian ad litem, and the main focus is furthering the best interests of the minor. *Kulya v. City and County of San Francisco*, No. C 06-06539 JSW, 2007 WL 760776, at *1 (N.D. Cal. Mar. 9, 2007).

Ashley Popa, mother of her minor children, J.D. and J.D., meets the requirements to be appointed as guardian ad litem for J.D. and J.D. See Exhibit 1 – Declaration of Ashley Popa in Support of Motion for Appointment as Guardian ad Litem. Ashley Popa has a strong interest in J.D.'s and J.D.'s welfare. Ashley Popa is willing and able to pursue this action on behalf of J.D. and J.D., has no conflicts of interest, and is acting in good faith.

No previous petition for appointment of a guardian ad litem has been filed in this matter.

WHEREFORE, Petitioner hereby moves the Court for an order appointing Ashley Popa as guardian ad litem for her minor children, J.D. and J.D. for the purpose of this litigation.

Dated: October 21, 2025

Respectfully submitted,

*/s/ Tiffine E. Malamphy*
Tiffine E. Malamphy (CA SBN 312239)
**LYNCH CARPENTER, LLP**
117 E. Colorado Blvd., Suite 600
Pasadena, CA 91105
Tel: (213) 723-0707
Fax: (858) 313-1850
tiffine@lcllp.com

Connor P. Hayes (*pro hac vice* forthcoming)
**LYNCH CARPENTER, LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
connorh@lcllp.com

***Attorneys for Plaintiff and the Proposed Class***

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 21, 2025, I electronically filed the foregoing document with the United States District Court for the Central District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

*/s/ Tiffine E. Malamphy*
Tiffine E. Malamphy