UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY POPA, on behalf of her minor children, J.D. and J.D., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC.; DISNEY ENTERTAINMENT OPERATIONS LLC; and THE WALT DISNEY COMPANY,<br><br>Defendants. | Case No. 2:25-cv-09390-SB (ASx)<br><br>**~~[PROPOSED]~~ ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

On October 21, 2025, Plaintiff Ashley Popa filed a Petition for Appointment of Guardian Ad Litem. Plaintiff seeks an order appointing her as guardian ad litem for her children, minor Plaintiffs J.D. and J.D.

The Court, having considered Plaintiff's Petition and finding good cause therefore, hereby GRANTS the Petition and ORDERS that Ashley Popa shall be appointed as Guardian Ad Litem for minor Plaintiffs J.D. and J.D.

IT IS SO ORDERED.

Dated: October 22, 2025

/ s / Sagar

Honorable Alka Sagar
United States Magistrate Judge